App. Div. 198, 201; *Matter of Walker*, 67 Misc. 6.) Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

In the Matter of the Estate of CHARLES ROSENBERG, Deceased. In the Matter of the Petition of STANLEY J. MAYER and RICHARD MAYER, Infants, etc., by FRED MAYER, Their Special Guardian and General Guardian, to Vacate and Declare Void All Proceedings, Orders and Decrees Made by Former Surrogate J. H. TIERNAN, Including Final Decree, Dated February 3, 1922, and Modification Thereof. FRED MAYER, as Special Guardian and General Guardian of STANLEY J. MAYER and RICHARD MAYER, Infants, and Others, Appellants; MORTON ROSENBERG and DOROTHY R. HYAMS, Executors and Trustees, etc., of CHARLES ROSENBERG, Deceased, and Others, Respondents.— Decree of the Surrogate's Court of Richmond county unanimously affirmed, with costs, payable out of the estate, to all parties filing briefs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.

J. H. & S. THEATRES, INC., Respondent, v. JOHN A. FAY, as President of the International Alliance of Theatrical Stage Employees, Local No. 4, an Unincorporated Organization of Seven or More Members, Having Its Offices at 554 Atlantic Avenue, Brooklyn, New York City, and Others, Appellants. (Appeal No. 1.) — Order reversed on the law, with ten dollars costs and disbursements, plaintiff's motion to amend the findings and judgment denied, with ten dollars costs, and the motion for reargument dismissed. There was no authority in the court below to amend the findings or judgment after they had been signed and entered. (*Chester* v. *Buffalo Car Mfg. Co.*, ' 53 N. Y. 425, 439; *Herpe* v. *Herpe*, 225 id. 323; *Hydraulic Power Co.* v. *Pettebone-Cataract P. Co.*, 194 App. Div. 819.) If either of the parties was aggrieved by the judgment the remedy was by appeal. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

J. H. & S. THEATRES, INC., Appellant, v. JOHN A. FAY, as President of the International Alliance of Theatrical Stage Employees, Local No. 4, an Unincorporated Organization of Seven or More Members, Having Its Offices at 554 Atlantic Avenue, Brooklyn, New York City, and Others, Respondents. (Appeal No. 2.) — Appeal dismissed, without costs, in view of our decision reversing the same order (*J. H. & S. Theatres, Inc.*, v. *Fay, No. 1, ante*, p. 820), decided herewith. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.

GEORGE KONTZAMANYS, Respondent, v. TILLIE COHEN, as Administratrix, etc., of DAVID S. COHEN, Deceased, and MAX SCHRIER, Defendants, Impleaded with TILLIE COHEN, Doing Business under the Name of AMERICAN STORE FIXTURE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

EDWARD V. LAWLER, Respondent, v. FLORENCE E. McMULLIN and ROY McMULLIN, Defendants, and WALLACE E. SHIRRA and FRANC L. POWERS, as Executors, etc., of JOHN POWERS, Deceased, Respondents, Impleaded with THE ROYAL BANK OF CANADA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Tompkins and Davis, JJ.

ERNEST LIKAY, as Administrator, etc., of MARGARET LIKAY, Deceased, Respondent, v. ARNOLD GOTTESMAN and Others, Appellants. (Appeal No. 1.) — Order modified by striking out the provision adjudging defendants Gottesman and Weiss in contempt and directing their imprisonment, and by adding thereto the provision